

# NUMBERS 13-14-00662-CV, 13-15-00020-CV, & 13-15-00021-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE MATTER OF M.A.T., A CHILD

### On appeal from the County Court at Law No. 5 of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant, M.A.T., perfected appeals from judgments entered in juvenile adjudication cases in: (1) trial court cause number 13-JUV-208, docketed in appellate cause number 13-14-00662-CV; (2) trial court cause number 14-JUV-10, docketed in appellate cause number 13-15-00020-CV; and (3) trial court cause number 14-JUV-84, docketed in appellate cause number 13-15-00021-CV. Appellant has now filed motions

in each of these causes requesting to dismiss these appeals on grounds he no longer wishes to advance the appeals.

Appeals in juvenile proceedings are governed by the appellate rules for civil appeals. *See* TEX. FAM. CODE ANN. § 56.01(b) (West, Westlaw through Ch. 46 2015 R.S.). Thus, these appeals are governed by Texas Rule of Appellate Procedure 42.1, which provides for the requirements pertaining to voluntary dismissals in civil cases. *See* TEX. R. APP. P. 42.1. Appellant's motions meet the requirements of this rule. *See id.*; *see also In re F.D.L.*, No. 11-11-00222-CV, 2011 WL 5617862, at *1 (Tex. App.—Eastland Nov. 17, 2011, no pet.) (mem. op. per curiam).

The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motions to dismiss are granted, and the appeals are hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of September, 2015.